AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendants*
*Michael Adams, Eric Delafontaine*
*Denita Munster, Sandra Rose-Thayer*
*And Melissa Travis*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMAL DAMON HENDRIX, | Case No.  3:19-cv-00046-MMD-WGC |
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| S. ROSE, et al., | **MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

Defendants, Michael Adams, Eric Delafontaine, Denita Munster, Sandra Rose-Thayer and Melissa Travis, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby move this Court for a one day extension of time to file their Motion for Summary Judgment.  This Motion is made and based upon the attached Points and Authorities, the papers and pleadings on file herein, and such other and further information as this Court may deem appropriate.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    ARGUMENT**

This is a pro se prisoner civil rights action brought by inmate Jamal Damon Hendrix (Plaintiff) (#1083418), asserting claims arising under 42 U.S.C. § 1983 against multiple Defendants for events that took place while incarcerated by Nevada Department of Corrections at Ely State Prison (ESP).

Pursuant to the Court's Screening Order (ECF No. 3) on the Complaint (ECF No. 5), the Court parsed the surviving allegations into nine discrete claims which fall into the following categories: (1)

1

First Amendment Retaliation (Counts 1, 2, 3, 6, 7); (2) equal protection (Counts 2, 4); deliberate indifference (Count 5); and free exercise of religion (Count 7).

On August 25, 2020, this Court issued a Scheduling Order, setting forth the discovery deadlines and dispositive motion deadlines. Dispositive motions were due December 23, 2020. (ECF No. 25 at 4:11-13). This Court granted an extension of time until January 25, 2021 to file a dispositive motion. (ECF No. 33). The Motion is ready to file. However, the Paralegal who prepares the Exhibits for the Court's consideration is off on a mandatory furlough on January 25, 2021. Due to the current pandemic and the Governor's current pause, there is no one else who can prepare the exhibits (bate stamping) and obtain the authenticating declarations in a timely manner. Therefore, the Defendants request a **one-day** extension of time to file their Motion for Summary Judgment.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and will not hinder or prejudice Plaintiff's case, but will allow for a thorough opportunity to review the case through Summary Judgment. The requested extension of time should permit the Defendants to file a well-researched and proper Motion for Summary Judgment in this case. In light of this unusual occurrence, it is respectfully asserted that a short extension is warranted.

## II.    CONCLUSION

Defendants asserts that the requisite good cause and extenuating circumstance is present to warrant the requested extension of time. Therefore, the Defendants requests an extension, until **January 26, 2021**, to file their Motion for Summary Judgment.

DATED this 25th day of January, 2021.

AARON D. FORD
Attorney General

By:    /s/ Douglas R. Rands
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

*Attorneys for Defendants*

ORDER

IT IS SO ORDERED.

DATED: January 26, 2021.

_____
UNITED STATES MAGISTRATE JUDGE