UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>                Plaintiff,<br>vs.<br><br>S. ROSE, *et al.*,<br><br>                Defendants. | 3:19-cv-00046-MMD-WGC<br><br>**MINUTES OF THE COURT**<br><br>February 12, 2021 |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KAREN WALKER</u>     REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Plaintiff's Motion for Enlargement of Time (ECF No. 45). Plaintiff requests an extension to March 16, 2021, in which to file his opposition to Defendants' Motion for Summary Judgment (ECF No. 36).

     Plaintiff's Motion for Enlargement of Time (ECF No. 45) is **GRANTED**. Plaintiff shall have to and including **March 16, 2021**, in which to file his opposition to Defendants' Motion for Summary Judgment.

     **IT IS SO ORDERED.**

                                                            DEBRA K. KEMPI, CLERK

                                                            By:  _____/s/_____
                                                                  Deputy Clerk