AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants*
*Michael Adams, Eric Delafontaine*
*Denita Munster, Sandra Rose-Thayer*
*And Melissa Travis*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>          Plaintiff,<br><br>vs.<br><br>S. ROSE, et al.,<br><br>          Defendants. | Case No. 3:19-cv-00046-MMD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT MICHAEL ADAMS, ONLY** |

IT IS HEREBY STIPULATED by and between Jamal Damon Hendrix, in proper person, and Defendant, Michael Adams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, that the above-captioned actions should be dismissed without prejudice, as to Defendant Michael Adams, **only**, by order of this Court, with each party to bear his own costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

\* \* \*

DATED this 15th day of ~~February~~ March, 2021

_____
JAMAL DAMON HENDRIX
Plaintiff, *Pro Se*

DATED this 25th day of ~~February~~ March, 2021

AARON D. FORD
Attorney General

By: _____
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** March 26, 2021

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 26th day of March, 2021, I caused a copy of the foregoing, **STIPULATION TO DISMISS DEFENDANT MICHAEL ADAMS, ONLY**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Jamal Hendrix, #1083418
Ely State Prison
P.O. Box 1989
Ely, NV 89301

/s/ Roberta W. Bibee
An employee of the
Office of the Attorney General

3